IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Case No.:    11-21703-GLT
                                          :    Chapter:     13
Jennifer Morgan                           :
                                          :                                **FILED**
                                          :    Date:        4/19/2017
                                          :    Time:        11:00          APR 20 2017
            *Debtor(s).*                  :
                                                                           CLERK, U.S. BANKRUPTCY COURT
                                                                           WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**    #145 - Status Conference re: Compliance with Court's 11-23-17 Order at Dkt. No. 136
               [Scheduled in Response to Debtor's Letter re: Mortgage with Specialized
               Loan Servicing]
               #148 - Response by Specialized Loan Servicing, LLC

**APPEARANCES:**
               Debtor:    Brent J. Lemon
               SLS:       James Warmbrodt

**NOTES:**

Warmbrodt - No defense for SLS's failure to comply with the November 23, 2016 Order when it was issued. Communication with SLS has been in an attempt to remedy the matter. A March 2015 payment was made to the prior servicer and was not properly accounted for in the Debtor's account.

Court - SLS needs to ensure that it is properly reviewing and processing Court Orders.

Lemon - Spoke with the Debtor and forwarded her the information provided by SLS. She has concerns about certain fees and penalties that were assessed during the chapter 13 case. Requests a short continuance to review the information with the Debtor.

Court - Debtor needs to resume making monthly mortgage payments.

**OUTCOME:**

1. Order to be issued concluding the status conference and directing the Clerk to close the bankruptcy court in 30 days if no further filings are made during that time. (Chambers to prepare).

**DATED:** 4/19/2017