**FILED**

APR 21 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 11-21703-GLT |
| | : Chapter 13 |
| JENNIFER MORGAN, | : |
| | : |
| Debtor. | : Related to Dkt. Nos. 145 and 146 |
| | : |

## ORDER

This matter came before the Court upon an *ex parte* letter received from the Debtor, Jennifer Morgan, on or about March 24, 2017 [Dkt. No. 145] (the "Letter"). The Letter alleges that Specialized Loan Servicing ("SLS"), which holds a first mortgage lien against the real property located at 2800 Scotch Hill 2, North Huntingdon, Pennsylvania 15642, failed to provide Ms. Morgan with an accurate payoff amount (as of June 30, 2016) and complete loan history in compliance with the Court's *Order* dated November 23, 2016 [Dkt. No. 136]. The Court held a status conference on April 19, 2017 to address the concerns raised in the Letter and SLS's response thereto.

**AND NOW**, for the reasons stated on the record at the April 19 status conference, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The status conference is concluded.

2. The Clerk is authorized to close the case after **May 22, 2017** in the event that no request for affirmative relief is filed after the date of this *Order*.

Dated: April 20, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Jennifer Morgan
Brent J. Lemon, Esq.
Specialized Loan Servicing
James C. Warmbrodt, Esq.
Michael R. Rhodes, Esq. (Clerk of Court)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jennifer Morgan  
      Debtor

Case No. 11-21703-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Apr 21, 2017  
                    Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
```
db         +Jennifer Morgan,    PO Box 345,    Irwin, PA 15642-0345
cr         +Specialized Loan Servicing LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:
```
          Brent J. Lemon    on behalf of Debtor Jennifer  Morgan blemon@fglaw.com,
           lemondropper75@hotmail.com
          Danielle  Boyle-Ebersole    on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T c/o Rushmore Loan
           Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor   U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart I. Seiden    on behalf of Creditor   Specialized Loan Servicing, LLC, et al
           sseiden@parkermccay.com,  BKcourtnotices@parkermccay.com
                                                                                             TOTAL: 6
```